IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| CHAD MARQUIS WHERRY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 3:21-CV-00584-DSC |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) |

ORDER

UPON CONSIDERATION of Defendant's Consent Motion for Entry of Judgment with Remand Under Sentence Four of 42 U.S.C. § 405(g) and the entire record in this case, it is by the Court hereby

ORDERED that the final decision of the Commissioner is reversed and that this matter is remanded to the Commissioner for further proceedings pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**SO ORDERED**. Signed: June 16, 2022

David S. Cayer
United States Magistrate Judge