IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| CHAD WHERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:21-CV-00584-DSC |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon Plaintiff's Motion (document #18) and the parties' Stipulation (document #19), it is hereby **ORDERED** that Defendant will pay Plaintiff $5,900.00 in attorney's fees in full satisfaction of all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to his counsel, Derrick K. Arrowood, and mailed to P.O. Box 58129, Raleigh, North Carolina, 27658, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

**SO ORDERED.**

Signed: September 28, 2022

David S. Cayer
United States Magistrate Judge